

*500 Bausch & Lomb Place*
*Rochester, NY 14604*

**ATTORNEYS**

**woodsdefaultservices.com**

**P** 855-227-5072  **F** 585-454-0302
*bkinbox@woodsdefaultservices.com*

February 1, 2023

Honorable Cecelia G. Morris
355 Main Street
Poughkeepsie, NY 12601-3315

**Re:**                    Susannah R Serringer
**BK Case Number:** 21-35095-cgm
**Property:**            362 Springtown Rd., New Paltz, NY 12561

Dear Honorable Judge Morris:

    The Secured Creditor, Wells Fargo Bank, N.A. hereby provides notice of an adjournment upon consent of all parties of the Loss Mitigation hearing on February 7, 2023 to an adjourned date of March 7, 2023 at 9:00AM.

    If you have any further questions, please feel free to contact me.

Very truly yours,

WOODS OVIATT GILMAN LLP

*/s/ Brittany J. Maxon, Esq.*

Brittany J. Maxon, Esq.

BJM/kph

Cc:

H. Bruce Bronson, Jr. *(via ECF)*

104788-3